UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **KENNETH ADAM MARSHALL,** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:04cv0494 AS |
| | ) | |
| **JOHN R. VANNATTA,** | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM AND ORDER*

The original filing in this case on or about July 27, 2004 by this petitioner, Kenneth Adam Marshall, was pro se. This court received a letter from this petitioner which was filed on April 18, 2005 requesting legal advice. This court is by both statute and ethics prohibited from giving legal advice. It is not a part of the judicial process under Article III of the Constitution of the United States. As a result, this court appointed a very experienced lawyer in these matters in the person of Michael L. Parkinson to act as counsel for this petitioner and indeed to give appropriate legal advice. Sometimes lawyers have to give advice that clients do not want to hear or do not agree with. However, Michael L. Parkinson is highly experienced in these matters and is a very careful lawyer. This case is set for pretrial conference in Lafayette, Indiana on Monday, May 23, 2005 at 10:45 a.m. in Lafayette, Indiana, and that will go forward with this petitioner represented by counsel.

It seems strange that this petitioner on April 18, 2005 was requesting legal advice, and on May 6, 2005 was apparently wanting to appear without appointed counsel. Appointed

counsel will <u>not</u> be relieved of responsibility in this matter just yet, and the pretrial conference in Lafayette will be with Kenneth Adam Marshall being represented by Michael L. Parkinson.  It is not necessary nor is it the regular practice of this court that Kenneth Adam Marshall be personally present for that pretrial conference.  **IT IS SO ORDERED**.

**DATED:**  May 10, 2005

                                                       s/ ALLEN SHARP
                                      **ALLEN SHARP, JUDGE**
                                      **UNITED STATES DISTRICT COURT**